Walter Janusz, Plaintiff-Appellee, v. Mrs. Anna Kaleta and Ted Kaleta, Defendants-Appellants.

Gen. No. 49,466.

First District, Second Division.

January 26, 1965.

I. Harvey Levinson, Melvin E. Levinson and Selwyn Blum, of Chicago (Melvin E. Levinson, of counsel), for appellants; Mitchell Kilanowski, of Chicago, for appellee. Opinion by JUSTICE LYONS. Not to be published in full.